■ DARRYL GAITER et al., Respondents, v CITY OF BUFFALO BOARD OF EDUCATION et al., Appellants. [999 NYS2d 786]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered February 4, 2013. The order awarded plaintiffs money damages after a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: On appeal from an order awarding damages to plaintiffs in this personal injury action, defendants contend that the award of damages deviates materially from what would be reasonable compensation (*see* CPLR 5501 [c]). We must dismiss the appeal because defendants failed to include the "partial judgments," i.e., relevant and necessary documents of the record, in the record on appeal (*see Copp v Ramirez*, 62 AD3d 23, 28 [2009], *lv denied* 12 NY3d 711 [2009]; *Desmarat v Basile*, 288 AD2d 336, 337 [2001]; *Reiss v Reiss*, 280 AD2d 315, 315 [2001]). In any event, defendants' contention is not preserved for our review (*see Homan v Herzig* [appeal No. 2], 55 AD3d 1413, 1413-1414 [2008]; *see also Barnes v Dellapenta*, 111 AD3d 1287, 1288 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.